# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE: Randall and Mary Boucher

                        Debtor(s).

_____/

CHAPTER 13
CASE NO: 14-32667
JUDGE: OPPERMAN

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Aaron D. Geyer, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,300.00 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,300.00 shall be paid by the Trustee as an administrative expense of this case to be paid at the rate of $300.00 per month.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

Other: None

**Objections Withdrawn**
/s/ Karen Rowse-Oberle
Karen Rowse Oberle
Attorney for MI Schools & Gov't CU
Butler, Butler, & Rowse-Oberle PLLC
24525 Harper Ave
Saint Clair Shores, MI 48080
(586) 777-0770
Krowse-oberle@butler-butler.com
P41893

**Approved:**
/s/ Carl L. Bekofske
Standing Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com
P10645

/s/ Aaron D. Geyer
Aaron D. Geyer (P-39889)
Attorney for Debtor
32411 Mound Road
Warren, MI 48092
(586) 303-2211
aaron@chrisaiello.com

.

**Signed on November 19, 2014**

_____
/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge